UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

THE UNITED STATES LIFE INSURANCE COMPANY   :
IN THE CITY OF NEW YORK,

                                                             :

        Plaintiff,

     -against-

DESIREE M. GUNN-YOUNG, KEVIN GUNN,
MICHAEL GUNN, CHEYENNE MORALES,
PREFERRED FUNERAL FUNDING CORP., GRIFFIN-
PETERS FUNERAL HOME CORP.,

        Defendants.

------------------------------------------------------------------ x

Index No.:

**RULE 7.1 STATEMENT**

'07 CIV 11168

JUDGE GRIESA

DEC 11 2007
USDC WP SDNY

Under Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant United States Life Insurance Company in the City of New York ("US Life") certifies the following:

US Life is an indirect, wholly-owned subsidiary of American International Group, Inc. ("American International"), a publicly traded corporation. US Life is owned by AIG American General, Inc. ("AIG"). AIG is owned by American International.

Dated:    White Plains, New York
           December 11, 2007

                              THE UNITED STATES LIFE INSURANCE
                              COMPANY IN THE CITY OF NEW YORK

By:       _____
                 Fred N. Knopf (FNK 4625)
                 Matthew D. Donovan (MD 2940)
                 WILSON, ELSER, MOSKOWITZ,
                 EDELMAN & DICKER LLP
                 3 Gannett Drive
                 White Plains, NY 10604
                 Telephone: (914) 323-7000
                 Facsimile: (914) 323-7001