```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
THE UNITED STATES LIFE INSURANCE COMPANY :
IN THE CITY OF NEW YORK,
                                                            :
         Plaintiff,                                          Index No.: 07-cv-11168 (TPG)
                                                            :
         -against-                                           **STIPULATION OF
                                                            : VOLUNTARY DISMISSAL**
DESIREE M. GUNN-YOUNG, KEVIN GUNN,
MICHAEL GUNN, CHEYENNE MORALES,                             :
PREFERRED FUNERAL FUNDING CORP., GRIFFIN-
PETERS FUNERAL HOME CORP.,                                  :

         Defendants.                                         :
-------------------------------------------------------------- x

IT IS STIPULATED AND AGREED, that under Fed. R. Civ. P. 41(a)(1)(i), and pursuant to a settlement reached among the parties to this action, Plaintiff voluntarily dismisses this action as against all Defendants with prejudice and without costs.

Dated:   White Plains, New York
         April 1, 2008

                                     THE UNITED STATES LIFE INSURANCE
                                     COMPANY IN THE CITY OF NEW YORK

                                     By:  _____
                                          Fred N. Knopf (FNK 4625)
                                          Matthew D. Donovan (MD 2940)
                                          WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP
                                          3 Gannett Drive
                                          White Plains, NY 10604
                                          Telephone: (914) 323-7000
                                          Facsimile: (914) 323-7001

                                     SO ORDERED:

                                     _____
                                     Hon. Thomas P. Griesa, U.S.D.J.
                                     April 4, 2008

1902044.1